**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Western Division**

Perez C. Funches
       Plaintiff,

v.                 Case No.: 3:20−cv−50088
                Honorable Philip G. Reinhard

Jason Hermeyer, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 3, 2020:

  MINUTE entry before the Honorable Philip G. Reinhard: Due to Covid restrictions, the hearing on plaintiff's motion for leave to proceed in forma pauperis [4] previously set for 9:00 a.m. on June 17, 2020, is canceled and reset to 9:30 a.m. on July 27, 2020, in Courtroom 5100 of the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois. Plaintiff Perez C. Funches is ordered to appear in person on July 27, 2020. Mailed notice(sb)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.